UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JACQUELINE DIANE TORRES,

        Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

25-CV-7677 (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    The October 1, 2025 Standing Order staying certain deadlines in civil cases where the Government is a party is no longer in effect.

    The Electronic Certified Administrative Record is due by **January 8, 2026**. Plaintiff's brief in support shall be filed by **February 9, 2026.** The Government's opposition shall be filed by **March 9, 2026.** Plaintiff's reply brief shall be filed by **March 23, 2026.**

DATED:  November 19, 2025
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge