# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                      dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                       ltrust@osbornlawpc.com

February 3, 2026

Application **GRANTED**. Plaintiff shall file her motion for judgment on the pleadings by **May 11, 2026**. The Government shall file its response on by **August 10, 2026**. Plaintiff's reply, if any, shall be filed by **August 24, 2026**.

Dated: February 3, 2026
      New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

**VIA ECF**

Honorable Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *Torres v. Commissioner of Social Security,*
       Civil Action 1:25-cv-07677-RFT

Dear Judge Tarnofsky,

We write on behalf of plaintiff, Jacqueline Diane Torres, and with the consent of the defendant, to request a 90-day extension of time to file plaintiff's motion for judgment on the pleadings, which is currently due on February 9, 2026, per the Court's November 19, 2025 Order implementing Administrative Order No. 2025-15 following the restoration of funding. This is the parties' first request for an extension of time. The Plaintiff requests this extension due to overlapping deadlines for briefs in the next several weeks.

Subject to the approval of the Court, the amended briefing schedule would be as follows:

1. Plaintiff to file her motion for judgment on the pleadings on or before **May 11, 2026**;

2. Defendant to file its response/cross-motion on or before **August 10, 2026**; and

3. Plaintiff to file her reply (if any) on or before **August 24, 2026.**

43 West 43rd Street, Suite 131            Telephone 212-725-9800        osbornlawpc.com
New York, New York 10036                  Facsimile  212-500-5115       info@osbornlawpc.com

Honorable Robyn F. Tarnofsky
February 3, 2026
Page 2


       Thank you for your consideration of this request.


       Respectfully submitted,


       s/Daniel A. Osborn
       Daniel A. Osborn
       OSBORN LAW, P.C.
       43 West 43rd Street, Suite 131
       New York, New York 10036
       Telephone:    212-725-9800
       Facsimile:    212-500-5115
       dosborn@osbornlawpc.com


cc: Candace Brown Casey, Esq. (by ECF)